York County (Shirley Levittan, J.), rendered on June 4, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.

■ DAVID BERG et al., Appellants, v IRVING DIMSON et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County (Alvin Klein, J.), entered on June 15, 1987, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on October 7, 1987, unanimously dismissed as nonappealable without costs and without disbursements. No opinion. Concur —Kupferman, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.